# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, David R. | U.S. Bankruptcy Court, Southern District of Texas | 07/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date ☐ Initial ✔ Annual ☐ Final **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
515 Rusk Street, Room 4202
Houston, Texas 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 07/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 07/20 | Texas Southern University (teaching) | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, David R.** | 07/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jones, David R. | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BOA Bank Accounts | A | Interest | O | T | | | | | |
| 2. ING Bank Account n/k/a Capital One 360 | B | Interest | M | T | | | | | |
| 3. Discover Bank | C | Interest | M | T | | | | | |
| 4. ING Cap. Allocation Mutual Fund n/k/a VOYA Cap. Allocation Fund | A | Int./Div. | J | T | | | | | |
| 5. Am/Ex Bank Account | C | Interest | M | T | | | | | |
| 6. AEP common (IRA) | A | Dividend | K | T | | | | | |
| 7. BA Depository Shares | A | Dividend | K | T | | | | | |
| 8. Chevron common (IRA) | B | Dividend | K | T | | | | | |
| 9. Conoco Phillips/Phillips 66 common (IRA) | B | Dividend | K | T | | | | | |
| 10. Exxon common (IRA) | B | Dividend | J | T | | | | | |
| 11. Fedex common (IRA) | A | Dividend | L | T | | | | | |
| 12. Royal Dutch common (IRA) | B | Dividend | J | T | | | | | |
| 13. American Balance Fund (IRA) | C | Int./Div. | M | T | Buy (add'l) | 03/17/20 | J | | |
| 14. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 15. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 16. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 17. Capital World Growth & Income Fund (IRA) | B | Int./Div. | M | T | Buy (add'l) | 12/16/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 19. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 20. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 21. JP Morgan Chase Lkd to Dollar (IRA) | A | Interest | M | T | | | | | |
| 22. Fundamental Investors Fund (IRA) | C | Int./Div. | N | T | Buy (add'l) | 03/19/20 | J | | |
| 23. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 24. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 25. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 26. Income Fund of America (IRA) | D | Int./Div. | N | T | Buy (add'l) | 03/17/20 | J | | |
| 27. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 28. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 29. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 30. Templeton Dragon Fund (IRA) | D | Distribution | L | T | | | | | |
| 31. Washington Mutual Fund (IRA) | C | Int./Div. | N | T | Buy (add'l) | 03/19/20 | J | | |
| 32. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 33. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 34. | | | | T | Buy (add'l) | 12/21/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Colony Tex Dec. Corp Tax Increment Contract (IRA) | C | Int./Div. | L | T | | | | | |
| 36. The Growth Fund of America (IRA) | A | Int./Div. | M | T | Buy (add'l) | 12/21/20 | J | | |
| 37. AMCAP Fund Class A (IRA) | A | Int./Div. | M | T | Buy (add'l) | 12/17/20 | J | | |
| 38. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 39. GMS Group Money Market (Federated Gov't Reserves) Clearing Acct. | A | Int./Div. | J | T | | | | | |
| 40. Texas Muncipal Bonds | G | Interest | P2 | T | Redeemed (part) | 09/01/20 | K | A | |
| 41. | | | | | Redeemed (part) | 06/12/20 | K | B | |
| 42. | | | | | Redeemed (part) | 09/01/20 | K | A | |
| 43. | | | | | Redeemed (part) | 09/01/20 | K | A | |
| 44. | | | | | Redeemed (part) | 09/01/20 | L | A | |
| 45. | | | | | Redeemed (part) | 08/17/20 | K | B | |
| 46. | | | | | Redeemed (part) | 12/01/20 | K | A | |
| 47. | | | | | Redeemed (part) | 09/01/20 | K | A | |
| 48. | | | | | Redeemed (part) | 09/15/20 | K | A | |
| 49. | | | | | Redeemed (part) | 06/12/20 | J | A | |
| 50. | | | | | Redeemed (part) | 06/12/20 | K | A | |
| 51. | | | | | Redeemed (part) | 02/19/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Redeemed (part) | 12/24/20 | L | A | |
| 53. | | | | | Redeemed (part) | 05/01/20 | L | A | |
| 54. | | | | | Redeemed (part) | 09/01/20 | K | A | |
| 55. | | | | | Redeemed (part) | 09/01/20 | K | A | |
| 56. | | | | | Redeemed (part) | 09/21/20 | K | A | |
| 57. | | | | | Redeemed (part) | 04/14/20 | K | A | |
| 58. | | | | | Redeemed (part) | 04/01/20 | K | A | |
| 59. | | | | | Redeemed (part) | 05/21/20 | K | A | |
| 60. | | | | | Redeemed (part) | 08/17/20 | K | A | |
| 61. | | | | | Buy (add'l) | 06/03/20 | K | | |
| 62. | | | | | Buy (add'l) | 09/02/20 | L | | |
| 63. | | | | | Buy (add'l) | 08/28/20 | K | | |
| 64. | | | | | Buy (add'l) | 04/29/20 | K | | |
| 65. | | | | | Buy (add'l) | 10/27/20 | K | | |
| 66. | | | | | Buy (add'l) | 02/26/20 | K | | |
| 67. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 68. | | | | | Buy (add'l) | 03/25/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, David R.** | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 02/24/20 | K | | |
| 70. | | | | | Buy<br>(add'l) | 04/28/20 | K | | |
| 71. | | | | | Buy<br>(add'l) | 07/17/20 | L | | |
| 72. | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 08/28/20 | M | | |
| 74. | | | | | Buy<br>(add'l) | 04/30/20 | K | | |
| 75. | | | | | Buy<br>(add'l) | 08/20/20 | L | | |
| 76. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 06/09/20 | K | | |
| 78. | | | | | Buy<br>(add'l) | 03/17/20 | K | | |
| 79. | | | | | Buy<br>(add'l) | 09/17/20 | L | | |
| 80. | | | | | Buy<br>(add'l) | 03/17/20 | K | | |
| 81. | | | | | Buy<br>(add'l) | 02/25/20 | K | | |
| 82. | | | | | Buy<br>(add'l) | 12/02/20 | K | | |
| 83. Colorado Municipal Bonds | D | Interest | M | T | Sold<br>(part) | 12/18/20 | J | A | |
| 84. | | | | | Sold<br>(part) | 12/18/20 | L | A | |
| 85. Conocophillips,com | B | Dividend | L | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. P&G common | B | Dividend | K | T | | | | | |
| 87. Washington Mutual Fund | C | Int./Div. | L | T | Buy (add'l) | 12/21/20 | J | | |
| 88. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 89. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 90. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 91. Am Ex Annuity | D | Interest | M | T | | | | | |
| 92. Fundamental Investors Fund (SIRA) | C | Int./Div. | L | T | Buy (add'l) | 12/21/20 | J | | |
| 93. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 94. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 95. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 96. AMCAP FUND Class A | D | Distribution | N | T | Buy (add'l) | 12/17/20 | J | | |
| 97. John Hancock Tax Advantage Fund | B | Distribution | K | T | | | | | |
| 98. The Growth Fund of America | | | L | T | Buy | 12/23/20 | L | | |
| 99. John Hancock Fin. Opportunities Fund | B | Int./Div. | K | T | Buy | 02/03/20 | K | | |
| 100. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 07/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 07/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David R. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544